IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>$445,000.00 UNITED STATES CURRENCY,<br><br>              Defendant. | 8:21-CV-342<br><br>ORDER |

IT IS ORDERED:

1. The plaintiff's partial motion to dismiss (filing 22) is granted.

2. This action is dismissed, without prejudice, as to $430,000 of the defendant property.

3. Counsel for the claimant, Samson Mrcic, is directed to provide to the Office of the United States Attorney for the District of Nebraska, electronic transfer information for the transfer of funds to the trust account of the claimant's attorney, Jason Troia, and to file a receipt of funds after receipt of the $430,000 via electronic transfer.

Dated this 7th day of December, 2021.

BY THE COURT:

_John M. Gerrard_ (signature)
John M. Gerrard
United States District Judge